In re California Union Ins. Co.; Allianz Underwriters Inc.; Columbia Casualty Ins. Co.; Federal Insurance Co.; First State Ins. Co.; Harbor Insurance Co.; Home Insurance Co.; Integrity Insurance Co.; Mutual Fire Marine/Inl. Inc. Co.; Northbrook Insurance Co.; Gulf States Utilities Co.; applying for writ of certiorari and/or review; to the Court of Appeal, Fourth Circuit, No. CA-2841; Parish of Orleans, Civil District Court, Div. “H”, No. 80-10377.
Prior report: La.App., 473 So.2d 861.
Denied.
DIXON, C.J., would grant the writ.